# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 20-2932 MRW |
| Title | Chris Langer v. Garden Plaza Investment Group |
| Date | June 10, 2020 |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) NOTICE OF DISMISSAL**

Plaintiff filed a Notice Voluntarily Dismissing this action. This action is dismissed with prejudice.